# EXHIBIT D



SIGN IN    |    CREATE ACCOUNT

**SHOP FOR PRODUCTS**

Search all Products    go

Price   Price From $   Price To $

HOME    PRODUCT SEARCH    ABOUT US    CONTACT US    MORE

0 item - Cart
Checkout

Back to Results

## CASINO BUNGEE CORD

**KWEO2004**

Share



Use for casino slot club, ID card. ABS clasp with bungee(rubber) cord or EVA(coil) cord for your choice. PMS color. 20" 36" are available

Request Info

More from this line

Download Image    E-mail this Image

### Pricing

KWEO2004

| Quantity | 5,000 | 10,000 | 15,000 | 50,000 | 100,000 |
|---|---|---|---|---|---|
| List Price | $0.75 | $0.72 | $0.51 | $0.38 | $0.36 |

ADD TO SHOPPING CART

### Product Detail

**Category**

HOOKS; LANYARDS; LICENSE PLATE HOLDERS; STRING; TRADE SHOW DISPLAYS

**Material**

Nylon, Other Plastic

**Size**

20 ", 36 "

**Color**

Assorted, Black, Blue, Brown, Gray, Green, Orange, Pink, Purple, Red, White, Yellow

**Product Safety Warnings**

No safety warnings for this product

**Less than Minimum**

Can order less than minimum

**Shipping Dimension**

24 " x 11 " x 13 "

### Imprint

EXHIBIT D

## Imprint Information

**Imprint Method:** Silkscreen, Unimprinted

**Full Color Process:** No

**Personalization:** No

**Sold Unimprinted:** Yes

## Imprint Method

**Imprint Method:**  Unimprinted
**Imprint Method:**  Silkscreen

| Quantity | 1 |
|---|---|
| List Price | $35.00 |

## Production and Shipping

### Production Information

**Production Time:**  N/A

**Rush Service:**  No

**Made in USA:**  N/A

### Packaging

Poly Bag

All prices and descriptions are subject to change without notice. If the price listed is different from the actual price, we will notify you before processing your order. Prices will be calculated using end of day exchange rates if orders contain products with different currencies. Total price is for merchandise only. Prices may be exclusive of any setup charges, art changes, shipping charges, state / provincial required taxes, rush charges or any other additional charges, which will be communicated prior to processing the order.

Information, data and/or screens (the "Material") from this site may not be copied, duplicated, saved, archived, or captured by any means except that the Material may be used as part of normal browser caching and printing performed in the course of using the site for its intended purpose.

**Newsletter**

Submit your e-mail address to get the latest deals and promos.




Map data à 2014 Google

**Office Location**

PO Box 980, Sturbridge Office Park - 660 Main St.
Fiskdale, MA 01518
Phone: (508) 347-7672
Fax: (508) 347-5404
E-Mail:cindy.duncan@incentiveusa.com

© 2014 , The Advertising Specialty Institute®. All Rights Reserved.   Privacy Policy

