# EXHIBIT F



SIGN IN   |   CREATE ACCOUNT

**SHOP FOR PRODUCTS**

Search all Products    go

Price   Price From $   Price To $

HOME     PRODUCT SEARCH     ABOUT US     CONTACT US     MORE

0 item - Cart

Checkout

Back to Results



Download Image     E-mail this Image

## Casino Bungee Cord
### GWSY1132

Share

This Casino Slot Claw Bungee Cord is made from non-toxic plastic. Perfect for casino slot club and loyalty cards. They will keep your membership card close at hand. We have different clip styles and colors for your option. Cord's length can be adjusted as your need. Your customized LOGO can be imprinted on the Claw.

Request Info
More from this line

### Pricing

GWSY1132

| Quantity | 50,000 | 100,000 | 200,000 | 300,000 | 500,000 |
|---|---|---|---|---|---|
| List Price | $0.31 | $0.28 | $0.27 | $0.20 | $0.19 |

ADD TO SHOPPING CART

### Product Detail

**Category**
HOLDERS; LANYARDS

**Shape**
Slot Machine

**Material**
Nylon, Plastic

**Size**
32 "

**Color**
Black, Blue, Green, Other, Purple, Red, Yellow

**Product Safety Warnings**
No safety warnings for this product

**Shipping Dimension**
45 cm x 30 cm x 25 cm

**Shipping Estimate**
500 cases

EXHIBIT F

## Imprint

### Imprint Information

**Imprint Size:** max size 1"x1/2"|on the slot claw

**Imprint Method:** Pad Print, Personalized, Unimprinted

**Full Color Process:** No

**Personalization:** Yes

**Sold Unimprinted:** Yes

### Imprint Method

**Imprint Method:**  Personalized; Unimprinted
**Imprint Method:**  Pad Print

Artwork & Proofs
VIRTUAL PROOF; Pre-production Proof

Minimum Order
50000 pieces

## Production and Shipping

### Production Information

**Production Time:**  N/A

**Rush Service:**  Yes

**Rush Time:**  N/A

**Made in USA:**  No

### Packaging

Poly Bag

All prices and descriptions are subject to change without notice. If the price listed is different from the actual price, we will notify you before processing your order. Prices will be calculated using end of day exchange rates if orders contain products with different currencies. Total price is for merchandise only. Prices may be exclusive of any setup charges, art changes, shipping charges, state / provincial required taxes, rush charges or any other additional charges, which will be communicated prior to processing the order.

Information, data and/or screens (the "Material") from this site may not be copied, duplicated, saved, archived, or captured by any means except that the Material may be used as part of normal browser caching and printing performed in the course of using the site for its intended purpose.

**Newsletter**

Submit your e-mail address to get the latest deals and promos.





Map data â 2014 Google

**Office Location**

PO Box 980, Sturbridge Office Park - 660 Main St.
Fiskdale, MA 01518
Phone: (508) 347-7672
Fax: (508) 347-5404
E-Mail:cindy.duncan@incentiveusa.com

© 2014 , The Advertising Specialty Institute®. All Rights Reserved.   Privacy Policy

